[No. 8326-4-II.   Division Two.   August 9, 1989.]

WILLIAM J. KREMNETZ, *Respondent,* v. THE CITY OF PORT TOWNSEND, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 84-1-00025-8, James D. Roper, J.,

entered November 21, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Healy and Lodge, JJ. Pro Tem.